Roque "Rocky" DE LA FUENTE, Plaintiff,

v.

1:16–cv–01696

United States District Court, M.D. Pennsylvania.

Signed August 21, 2017

Paul Anthony Rossi, Kennett Square, PA, for Plaintiff.

Keli M. Neary, Kenneth L. Joel, Nicole J. Radziewicz, Office of Attorney General Civil Litigation Section, Harrisburg, PA, for Defendants.

### ORDER

John E. Jones III, United States District Judge

Presently before this Court is a Motion to Dismiss (Doc. 34) filed by Defendants Pedro A. Cortés and Jonathan Marks. In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss (Doc. 34) is **GRANTED** in its entirety.

2. The Clerk of the Court **SHALL CLOSE** the file on this case